**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kadie Lyons and Joshua Norman, Defendants,

Of whom Kadie Lyons is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2023-001261

―――――――――

Appeal From Horry County
Melissa J. Buckhannon, Family Court Judge

―――――――――

Unpublished Opinion No. 2023-UP-408
Submitted December 15, 2023 – Filed December 18, 2023

―――――――――

**AFFIRMED**

―――――――――

Kindle Kay Johnson, of K. Johnson Law Firm, LLC, of Rock Hill, for Appellant.

William Evan Reynolds, of Kingstree, for Respondent.

Michael Julius Schwartz, of Russell B. Long, PA, of Myrtle Beach, for the Guardian ad Litem.

**PER CURIAM:**  Kadie Lyons appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023); S.C. Code Ann. § 63-9-330 (2010).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Lyons's counsel.

**AFFIRMED.**[1]

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.